## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONTE BANKS,<br><br>                Plaintiff,<br><br>     v.<br><br>HARVEST HILL BEVERAGE<br>COMPANY, et al.,<br><br>                Defendants. | Civil Action No.: 2:22-cv-01802-JFC<br><br>Judge Joy Flowers Conti |

## **ORDER**

**AND NOW**, this ___27th___ day of October, 2023, **IT IS** hereby **ORDERED** that this action is hereby terminated and dismissed with prejudice, without costs or fees to any party.

The Clerk is directed to mark this case **CLOSED.**

                                                            **BY THE COURT:**


                                                            ___s/Joy Flowers Conti___
                                                            **Hon. Joy Flowers Conti,**
                                                            **Senior U.S. District Court Judge**